### 6994.  HAYNES *v.* THE STATE.

BROYLES, J. The evidence authorized the verdict and none of the assignments of error are meritorious.          *Judgment affirmed.*

DECIDED DECEMBER 9, 1915.

Accusation of gaming; from city court of Eastman—Judge Neese. September 22, 1915.

*C. W. Atwill,* for plaintiff in error.

*J. H. Roberts, solicitor,* contra.